# RUSSELL RODRIGUEZ HYDE BULLOCK

A TEXAS LIMITED LIABILITY PARTNERSHIP

1633 Williams Drive
Building 2, Suite 200
Georgetown, Texas 78628
www.txlocalgovlaw.com
Office: 512.930.1317
Fax: 866.929.1641

**Partners:**
Kerry E. Russell
Arturo D. Rodriguez, Jr.
George E. Hyde
Bradford E. Bullock
Caroline A. Kelley

**Senior Associates:**
Cathie A. Childs
Jonathan W. Needle

**Of Counsel:**
Karrie H. Marling

February 12, 2021



U.S. District Clerk
U.S. Courthouse
501 West 5th Street, Suite 1100
Austin, Texas 78701

Re:  Cause No. 1:20-cv-1210; Odis Jones v. City of Hutto, et al.

Dear Clerk:

Enclosed please find two (2) flash drives containing Exhibit 2 to Defendants' Response to Plaintiff's Opposed Emergency Motion for Protective Order Regarding Witness Tampering. Please file one with the papers of the Court and forward one to U.S. Magistrate Judge Mark Lane.

Sincerely,

Lisa L. Brown
Paralegal

Enclosures

cc:  Edward M. "Ted" Smith
     Andrew Broadaway