

# U.S. District Court

## Texas Western - Austin

**THIS IS A COPY**

**AMENDED RECEIPT**

Receipt Date: Feb 27, 2023 8:06AM

Graham Pough
618 8th Street NE
Washington , DC 2002

Rcpt. No: 765                    Trans. Date: Feb 27, 2023 8:06AM                    Cashier ID: #RN

| CD  | Purpose      | Case/Party/Defendant                                    | Qty | Price  | Amt    |
|-----|--------------|---------------------------------------------------------|-----|--------|--------|
| 111 | Pro Hac Vice | DTXW523LB000000 /001<br>EXECUTIVE OFFICE OF THE CLERK USDC | 1   | 100.00 | 100.00 |

| CD | Tender |      |            | Amt     |
|----|--------|------|------------|---------|
| CH | Check  | #187 | 02/27/2023 | $100.00 |

|                              |         |
|------------------------------|---------|
| Total Due Prior to Payment:  | $100.00 |
| Total Tendered:              | $100.00 |
| Total Cash Received:         | $0.00   |
| Cash Change Amount:          | $0.00   |

**Comments**: 1:20-cv-01210-ML Jones v. City of Hutto et al

**RECEIPT AMENDED** by staff #2178 2/28/2023 9:14 AM
**AMENDMENT VERIFIED** by staff #2179 2/28/2023 9:16 AM
**Correction Reason**: 03) Incorrect Case/Party Number

Clerk, U.S. District Court - Austin Division - 501 West Fifth Street, Suite 1100, Austin, TX 78701 - (512) 916-5896 - www.txwd.uscourts.gov