IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ODIS JONES, | § | |
|     Plaintiff, | § | |
| v. | § | A-20-CV-1210-ML |
| | § | |
| CITY OF HUTTO, | § | |
|     Defendant. | § | |

## ORDER

Before the court is the Fifth Circuit's opinion of October 7, 2025. Dkt. 184. In the opinion, the Circuit Court reversed this court's judgment on Plaintiff's civil rights claim and found that Plaintiff "prevailed on his right to retain the separation payment made under the contract." *Id.* at 18, 21. Thus, the Circuit Court remanded this case solely for consideration of the attorney's fee issue. *Id.* at 22.

In light of this guidance from the Circuit Court and the passage of time since its initial filing, the court **DENIES WITHOUT PREJUDICE** Plaintiff's Motion for Reasonable Attorneys' Fees and Expenses (Dkt. 169) and **ORDERS** Plaintiff to refile his motion, in compliance with the Circuit Court's remand, by **December 12, 2025**.

SIGNED November 13, 2025.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE